IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00380 SI |
| Plaintiff, | **THIRD ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| OMAR WARD, | |
| Defendant. | |

In light of the government's November 30, 2011 letter (Docket No. 53), informing this Court that due to his transfer to another facility, Mr. Ward was not served with the government's opposition in a timely manner, the Court ORDERS that Mr. Ward's reply is now due on or before **December 20, 2011**.

**IT IS SO ORDERED.**

Dated: November 30, 2011

SUSAN ILLSTON
United States District Judge